# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD J. PHILLIPS and GEORG-ANNE PHILLIPS,<br><br>　　　　　　　Plaintiffs,<br>and<br>LEROY HAEGER, KORI D. HALEY, et al.,<br>　　　　　　　Intervening Plaintiffs,<br>v.<br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation,<br>　　　　　　　Defendant. | CASE NO: 02 CV 1642 B (NLS)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION FOR AN OSC RE: CONTEMPT**<br><br>[Docket Nos. 26, 68, & 77] |

　　　　On February 1, 2008, the Magistrate Judge issued a Report and Recommendation on Defendant Goodyear Tire and Rubber Company's Motion for Order to Show Cause As to Why Plaintiff's Counsel Guy Ricciardulli Should Not Be Found in Contempt for Violation of Protective Order and For Injunction Prohibiting Further Disclosure.   The Magistrate Judge recommended that Defendant Goodyear's motion be denied.  (Sealed Doc. No. 68)

　　　　Defendant Goodyear filed timely objections to the Magistrate Judge's report to the extent that it relied upon the court's conclusion as to whether the June 2003 deposition was covered by the Protective Order.  By separate Order, this Court

resolved the companion motion by Intervenors to modify the Protective Order.[1] No other party filed objections to the merits of the Report and Recommendation.[2]

Having reviewed the record, the Court adopts the Magistrate Judge's Report and Recommendation and denies Defendant Goodyear's request for a finding of contempt and sanctions against Ricciardulli. As stated in the companion Order, the testimony of Goodyear employee Kim Cox as to an alleged defect in the model tire when used on motor homes as in the Phillips' case was not protected by the Protective Order.

IT IS SO ORDERED.

DATED: March 18, 2008

Hon. Rudi M. Brewster
United States Senior District Judge

---

[1] The Court's Order Denying Defendant's Objections to the Magistrate Court's Order Denying as Moot the Intervenors' Motion to Modify the Protective Order also filed today removed the seal from the documents relative to this motion, including the Magistrate Judge's Order.

[2] The Intervening Plaintiffs include Leroy Haeger, Kori Haley, Margaret Bogaert, Billy Woods, Joseph Anton, and John Schalmo, who are involved in collateral litigation against Defendant Goodyear on the same subject as this case.